# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| WESLEY L. COKER, ) | |
| ) | |
|    Plaintiff, ) | Civil Action No. 3:15-cv-00527 |
| ) | (Removed from Chancery Court of |
| vs. ) | Davidson County, Tennessee |
| ) | Case No. 15-305-I) |
| THE NORTHWESTERN MUTUAL ) | |
| LIFE INSURANCE COMPANY, ) | Judge Aleta A. Trauger |
| ) | |
|    Defendant. ) | |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), the parties hereby stipulate to dismissal of this action, with prejudice. Each party shall bear its own costs and expenses.

 

*s/ Mark M. Bell*
Robert E. Boston BPR # 9744
Mark M. Bell  BPR # 29048
Waller Lansden Dortch & Davis, LLP
511 Union Street, Suite 2700
Nashville, Tennessee  37219
Telephone:  (615) 244-6380
Facsimile:   (615) 244-6804

*Attorneys for Defendant*

1

*s/ Jonathan L. Bobbitt w/p Mark M. Bell*
J. Brandon McWherter BPR # 21600
Jonathan L. Bobbitt BPR # 23515
341 Cool Springs Blvd., Suite 230
Franklin, Tennessee 37067
Telephone: (615) 354-1144
Facsimile: (731) 664-1540
bmcwherter@gilbertfirm.com

Clinton H. Scott BPR #23008
101 North Highland
Jackson, Tennessee 38301
Telephone: 731-664-1340
Facsimile: 731-664-1540
cscott@gilbertfirm.com

*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing <u>Stipulation of Dismissal with Prejudice</u> was served electronically via the Court's electronic filing system, to the following on this the 2nd day of May, 2016:

J. Brandon McWherter
Clinton H. Scott
Jonathan L. Bobbitt
GILBERT RUSSELL MCWHERTER
SCOTT & BOBBITT, PLC
341 Cool Springs Blvd., Suite 230
Franklin, TN 37067

*s/ Mark M. Bell*
